### EL PUEBLO, DEMANDANTE Y APELADO, *v.* COLL, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en causa por infracción al Reglamento de Sanidad.

No. 1274.—Resuelto en junio 25, 1918.

PAN—VENTA DE PAN SIN ENVOLVER—REGLAMENTOS DE SANIDAD.—De acuerdo con los Reglamentos de Sanidad vigentes en Puerto Rico, todo pan que se

expenda al público debe estar envuelto. No importa que en este caso, el pan fabricado por el apelante fuera "pan dulce." El artículo era pan a todas luces.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José D. Rodríguez.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El no haberse admitido la carta del Comisionado de Sanidad no constituye error alguno. No era esencial al punto en controversia de si había o no vendido el pan el acusado, sin estar debidamente envuelto, puesto que sólo transcribía una regla del servicio sanitario, que ya formaba parte del cuerpo de la ley. Dicha carta decía que el no haberse exigido que se envuelva el pan de Mallorca es una mera tolerancia del Departamento de Sanidad; y como el apelante sostenía que su pan era de la misma naturaleza del pan de Mallorca, la exclusión de la carta más bien le favorecía que le perjudicaba.

No importa que el pan fabricado por el apelante fuera "dulce," puesto que la ley requiere que todo pan sea envuelto. El artículo era pan a todas luces. Tampoco puede aprovechar al apelante que el Departamento haya dejado de perseguir a otros infractores de la ley.

Es de confirmarse la sentencia recurrida.

*Confirmada la sentencia recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.